**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  12–27871 – WIL    Chapter:  7

Uy Thien Hoang
9109 Clewerwall Dr.
Bethesda, MD 20817

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
## OF DEBTORS

    Upon consideration of the Motion by Trustee, Michael G. Wolff for a Federal Bankuptcy Rule 2004 Examination of Debtor(s), it appearing that cause exists for said examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that Debtor(s) is/are directed to attend an examination pursuant to Federal Bankruptcy Rule 2004(d) at a reasonable time and place specified by Movant for said examination on at least fourteen (14) days written notice and to produce for examination those documents as set forth in the Document Request attached to the Motion for Examination under Federal Bankruptcy Rule 2004, unless protected by further order of this Court.

cc:   Debtor(s)
      Attorney for Debtor(s) – David Erwin Cahn
      Movant – Michael G. Wolff, Trustee
      U.S. Trustee

### End of Order

41.1 – *gdickerson*