**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| UY THIEN HOANG | * | Case No. 12-27871-WIL |
| | * | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MICHAEL G. WOLFF, TRUSTEE | * | |
| 15245 Shady Grove Road, | | |
| Suite 465 | * | |
| Rockville, Maryland 20850 | | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | Adversary No. 13-_____-WIL |
| | * | |
| ARYN YOUNGER | | |
| 7513 Buchanan Street | * | |
| Unit 26 | | |
| Landover Hills, Maryland 20784 | * | |
| | | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMPLAINT TO SELL PROPERTY FREE AND
CLEAR OF INTEREST OF NON-DEBTOR CO-OWNER

COMES NOW MICHAEL G. WOLFF (the "Trustee"), the Chapter 7 Trustee for the

Bankruptcy Estate of Uy Thien Hoang (the "Debtor"), by JEFFREY M. ORENSTEIN and

GOREN, WOLFF & ORENSTEIN, LLC, files this Complaint against the Aryn Younger

("Defendant"), and respectfully represents as follows:

PARTIES AND JURISDICTION

1.      This is an adversary proceeding brought pursuant to Rule 7001 of the Bankruptcy

Rules.

2.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §

1334 and 11 U.S.C. § 363(h).

3.      This contested matter is a core proceeding as defined by 28 U.S.C. § 157.

4.      On September 30, 2012 (the "Petition Date"), the  Debtor, an individual residing in this judicial district, filed a voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

5.      Plaintiff was appointed to serve as the Chapter 7 Trustee of the Debtor's Estate and continues to serve as the Chapter 7 Trustee in the Debtor's case.

6.      Defendant is an individual that resides in this judicial district.

## FACTUAL BACKGROUND

7.      Pre-petition, the Debtor owned a fifty-percent tenant-in-common interest in improved real property identified as 2010 East Marshall Place, Landover, Maryland 20785 (the "Property").

8.      Defendant was the other fifty percent owner of the Property.

9.      There is no lien on the Property.

10.      Neither the Debtor nor Defendant live in the Property.

11.      Upon information and belief, the Property has been abandoned.

## COUNT I

### Authorization to Sell Real Property
### Free and Clear of Interest of Co-Owner

12.      Plaintiff realleges and incorporates by reference paragraphs 1 through 11 as if fully set forth herein.

13.      Based upon the facts recited above, there is substantial equity in the Property.

14.      If the Court authorizes a sale of the Property, all liens, including tax liens, if any, such liens exist, would be satisfied in full from the proceeds of the sale.

15.      Upon information and belief, the sale of the Debtor's Estate's interest in the Property would realize significantly less for the Estate than the sale of the entirety of the Property.

16.      A sale of the Debtor's interest in the Property would result in a significant payment of the unsecured claims against the Debtors' Estate.

17.     The benefit to the Debtor's Estate from the sale of the entirety of the Property would outweigh the detriment, if any, to Defendant as a result of the sale of her interest in the Property.

18.     The Property is not used in the production, transmission or distribution for sale of electric energy or of natural or synthetic gas for heat, light or power.

WHEREFORE, Plaintiff requests this honorable Court to grant the following relief:

A.     Enter an Order authorizing Plaintiff, subject to appropriate notice, to sell the interests of the Debtor and Defendant in the Property pursuant to the provisions of 11 U.S.C. § 363(h), 363 (i), and 363(j); and

B.     Grant such other and further relief as the nature of the cause may require.

Respectfully submitted,


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Goren, Wolff, Orenstein & Hoffman, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 984-6266
jorenstein@gwolaw.com

Attorneys for Plaintiff